Same case below, 106 So. 3d 925.

**No. 10-10804. Philip Robert Critchley, Jr., Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 850, 132 S. Ct. 174, 181 L. Ed. 2d 86, 2011 U.S. LEXIS 6347.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10805. Anastacio Ascencio-Toribio, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 850, 132 S. Ct. 174, 181 L. Ed. 2d 86, 2011 U.S. LEXIS 6275.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 396 Fed. Appx. 875.

**No. 10-10807. Anthony A. Williams, Petitioner v. United States.**

565 U.S. 850, 132 S. Ct. 175, 181 L. Ed. 2d 86, 2011 U.S. LEXIS 5963.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 423 Fed. Appx. 405.

**No. 10-10808. Ronald D. Veteto, Petitioner v. Richard F. Allen, et al.**

565 U.S. 850, 132 S. Ct. 175, 181 L. Ed. 2d 86, 2011 U.S. LEXIS 5942.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Alabama denied.

**No. 10-10809. Angel Pagan, Petitioner v. Gary Roden, Superintendent, Massachusetts Correctional Institution at Norfolk.**

565 U.S. 851, 132 S. Ct. 175, 181 L. Ed. 2d 86, 2011 U.S. LEXIS 6271.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-10810. Rafael Morales-Rodriguez, Petitioner v. United States.**

565 U.S. 851, 132 S. Ct. 175, 181 L. Ed. 2d 86, 2011 U.S. LEXIS 6092.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-10811. Jose E. Meza, Petitioner v. James A. Yates, Warden.**

565 U.S. 851, 132 S. Ct. 175, 181 L. Ed. 2d 86, 2011 U.S. LEXIS 6006.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10812. James Mario Pridgen, Petitioner v. Pennsylvania.**

565 U.S. 851, 132 S. Ct. 175, 181 L. Ed. 2d 86, 2011 U.S. LEXIS 6040.

October 3, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Harrisburg Office, denied.

Same case below, 11 A.3d 1026.